The judgment of the Circuit Court of Marion County was proper, and is affirmed.

WHITFIELD, P. J., AND WEST, J., concur.

TÁYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.

---

FRUIT GROWERS EXPRESS, INCORPORATED, *Plaintiff in Error*, v. FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Defendant in Error*.

Decision Filed November 3, 1923.

This case was decided by Division B.

A Writ of Error to a judgment of the Circuit Court within and for the County of Broward; H. H. Eyles, Referee.

*R. F. Burdine,* for Plaintiff in Error;

*Robert H. Anderson* and *Armstead Brown,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is therefore,

considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

---

A. D. LINDSAY, *Plaintiff in Error,* v. JOE GRIFFIS, *Defendant in Error.*

Decision Filed November 5, 1923.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Santa Rosa County; A. G. Campbell, Judge.

*J. T. Wiggins,* for Plaintiff in Error;

*W. W. Clark,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.